UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID STEPHENS, | No. 2:14-cv-1371 KJN P |
| Plaintiff, | |
| v. | ORDER |
| V. G. ESTRELLA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding in forma pauperis and without counsel, in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has agreed to the jurisdiction of the undersigned magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a). (ECF No. 4.)

On March 19, 2015, the undersigned screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and determined that plaintiff had therein stated potentially cognizable claims against defendants A. Bryant, R. Mitchell, and L. Kohler. (ECF No. 13.) Plaintiff was given thirty days leave to either file an amended complaint or else complete and return to the court the USM-285 forms necessary to effect service on these defendants. (Id.) Plaintiff was warned that his failure to comply with the order would result in the dismissal of this action.

Sixty days have now passed, and plaintiff has neither filed an amended complaint nor submitted the forms necessary to effect service nor otherwise responded to the court's order.

1       Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2 See Local Rule 110; Fed. R. Civ. P. 41(b).

3 Dated:  May 19, 2015

/steph1371.fta.fusm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE